Argued June 28, affirmed July 18, reconsideration denied August 24, 1977, petition for review pending

STATE OF OREGON, *Respondent,*
*v.*
CHARLES EDWARD GILBERT, *Appellant.*
(No. C 75-08-2595, CA 7554)
567 P2d 559

Howard R. Lonergan, Portland, argued the cause and filed the brief for appellant.

Carol J. Molchior, Certified Law Student, Salem, argued the cause for respondent. With her on the brief were James A. Redden, Attorney General, and W. Michael Gillette, Solicitor General, Salem.

Before Schwab, Chief Judge, and Thornton, Judge, and Fort, Senior Judge.

PER CURIAM.

Affirmed. *Roviaro v. United States,* 353 US 53, 77 S Ct 623, 1 L Ed2d 639 (1957); *State v. Cortman,* 251 Or 566, 446 P2d 681 (1968), *cert denied* 394 US 951, 89 S Ct 1294, 22 L Ed 2d 487 (1969); *State v. Gill,* 22 Or App 484, 539 P2d 1138, Sup Ct *review denied* (1975).